IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

----------------------------------------------------- :
UNITED STATES OF AMERICA          :
                                  : CASE NO.  1:12 CR 455
                        Plaintiff :
                                  :
      -vs-                        :
                                  :
                                  :
HAMILTON GREATHOUSE               : ORDER ACCEPTING PLEA
                                  : AGREEMENT AND JUDGMENT AND
                       Defendant  : NOTICE OF HEARING
----------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing and plea agreement of Hamilton Greathouse which was referred to the Magistrate Judge with the consent of the parties.

    On 26 September 2012, the government filed a one-count indictment against Hamilton Greathouse for felon in possession in violation of 18 U.S.C. § 922(g)(1). On 11 October 2012, a hearing was held in which Hamilton Greathouse entered a plea of not guilty before Magistrate Judge Greg White. On 21 March 2013, Magistrate Judge Baughman received Hamilton Greathouse's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Hamilton Greathouse is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Hamilton Greathouse is adjudged guilty of Count One in violation of 18 U.S.C. § 922(g)(1).

Sentencing will be:

> 18 June 2013 at 9:30 a.m.
>
> Courtroom 16B
> 16th Floor, United States District Court
> 801 West Superior Avenue
> Cleveland, Ohio 44113

IT IS SO ORDERED.

Dated: April 25 2013

UNITED STATES DISTRICT JUDGE

2